■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE TOWNSEND, Appellant. [915 NYS2d 512]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Mullings, J.), both imposed April 2, 2009, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Dillon, Covello, Chambers and Hall, JJ., concur.